UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**UNITED STATES OF AMERICA**

**v.**                                Case No.:8:05-CR-324-T-30TBM

**EFRAIN JOEL GARZA**

## REVOCATION OF SUPERVISED RELEASE AND JUDGMENT AND COMMITMENT

On June 30, 2006, came the United States Attorney and the Defendant EFRAIN JOEL GARZA, who appeared in person and with counsel.

It appearing to the Court that the above named Defendant having heretofore been convicted on December 5, 2002 in Case No.: 2:02CR14038-002 was placed on supervised release. On January 20, 2005, the Defendant's supervised release term was revoked and the defendant was sentenced to six (6) months imprisonment followed by two (2) years of supervised release. On November 18, 2005, the Court once again revoked the Defendant's supervised release and sentenced the Defendant to five (5) months of incarceration and three (3) months to be served in the Community Confinement Program followed by eighteen (18) months of supervised release.

It further appearing to the Court that the above named Defendant has since violated the terms of his supervised release and the Probation Officer of this Court has petitioned the Court to revoke the Order of Probation/Supervised Release previously entered herein.

The Court has considered the factors set forth in 18 U.S.C. §3553(a), including considering the guidelines as advisory, and has also considered recommendations from

the Probation Office. It is, therefore, **ORDERED** and **ADJUDGED** that the Order of Probation/Supervised Release entered herein as to the above named Defendant is hereby **REVOKED**.

It is further **ORDERED** and **ADJUDGED** that the Defendant **is hereby sentenced to SIX (6) months imprisonment with credit for time served. No term of supervised release will follow.**

It is further **ORDERED** that the Clerk deliver a certified copy of this Judgment and Commitment to the United States Marshal or other qualified officer and the copy serve as the commitment of the Defendant.

**DONE** and **ORDERED** at Tampa, Florida, this 5 day of July, 2006.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record
United States Marshal
United States Probation Office